IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-20042-KING-BANDSTRA

ESTHER MANTEL,

      Plaintiff,

v.

CARNIVAL CORPORATION
_d/b/a_ CARNIVAL CRUISE LINES;
EXPLORA CARIBE TOURS SA de CV;
VULCAN MATERIALS COMPANY;
and JOHN DOE CORP(S). (1-10);

      Defendants.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL RULE 35 EXAMINATION AND DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Compel Rule 35 Examination (DE # 90) and Plaintiff's Motion for Protective Order (DE # 98) to allow Plaintiff's counsel to attend and video tape the examination. After careful consideration, and for the reasons detailed below, the Court determines that Defendant's Motion should be **GRANTED** and Plaintiff's Motion should be **DENIED.**

Defendant has shown that the present matter is a personal injury action in which the Plaintiff alleges to have sustained personal injuries. Plaintiff does not object to such an examination. Therefore, an examination pursuant to Rule 35 of the Federal Rules of Civil Procedure is appropriate.

However, Plaintiff has requested that her attorney attend and video tape the examination.

There is substantial case law within the Federal Courts that expressly excludes third parties and any recording devices from a Rule 35 physical or mental examination. *See Holland v. U.S.*, 182 F.R.D. 493 (D.S.C. 1998); *Tomlin v. Holecek*, 150 F.R.D. 628, 631 (D. Minn. 1993). The fear is that inclusion of a third party will contaminate the examination, influence an adversarial atmosphere, and potentially place the plaintiff's attorney in a position to be a witness at trial. *See Hertenstein v. Kimberly Home Health Care Inc.*, 189 F.R.D. 620, 630 (D. Kan. 1999); *McDaniel v. Toledo, Peoria & Western R/R CO.*, 97 F.R.D. 525 (C.D. Ill. 1983). This is contrary to the purpose of an examination that is supposed to be objective. Although Plaintiff has cited to Florida State law that permits the presence of an attorney at physical and mental examinations, this law does not outweigh the majority view.

Accordingly, after careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1.      Defendant's Motion to Compel Rule 35 Examination (DE #90) is **GRANTED.**

2.      Plaintiff's Motion for Protective Order (DE #98) is **DENIED.**

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 8th day of October 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**

**Magistrate Judge Ted E. Bandstra**

**Counsel for Plaintiff**
Michael F. Guilford
Guilford & Rash
44 W. Flagler Street
Suite 750 Courthouse Tower
Miami, FL 33130
305-539-1999
Fax: 305-539-1998
Email: mfguildford@crewcounsel.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Nicolas G. Sakellis
Nicolas G. Sakellis
44 W. Flagler Street
Suite 750
Miami, FL 33130
305-557-4221
Fax: 305-557-3341
Email: nsakellis@att.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counsel for Defendants**
Jeffery Bradford Maltzman
Maltzman Foreman PA
2 S. Biscayne Blvd.
Suite 2300 One Biscayne Tower
Miami, FL 33131
305-358-6555
Fax: 305-374-9077
Email: jmaltzman@mflegal.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Noah Daniel Silverman
Maltzman Foreman PA
2 S. Biscayne Blvd.
Suite 2300 One Biscayne Tower
Miami, FL 33131
305-358-6555
Fax: 305-374-9077
Email: nsilverman@mflegal.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Amanda Burgess Sample
Maltzman Foreman PA
2 S. Biscayne Blvd.
Suite 2300 One Biscayne Tower
Miami, FL 33131
305-358-6555
Fax: 305-374-9077
Email: asample@mflegal.com
ATTORNEY TO BE NOTICED

Jeffery Eric Foreman
Maltzman Foreman PA
2 S. Biscayne Blvd.
Suite 2300 One Biscayne Tower
Miami, FL 33131
305-358-6555
Fax: 305-374-9077
Email:jforeman@mflegal.com
ATTORNEY TO BE NOTICED

William Edwards Crabill
Quintairos Prieto Wood & Boyer PA
9300 S. Dadeland Blvd, 4th Floor
Miami, FL 33156
305-670-1101
Fax: 305-670-1161
Email: wcrabill@qpwblaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

David James Horr
Horr Novak & Skipp
9100 S. Dadeland Blvd.
Suite 1104 One Datran Center
Miami, FL 33156
305-670-2525
Fax: 305-670-2526
Email: davidh@admiral-law.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Eduardo Jesus Hernandez
Horr Novak & Skipp
9100 S. Dadeland Blvd.
Suite 1104 One Datran Center
Miami, FL 33156
305-670-2525
Fax: 305-670-2526
Email: eduardoh@admiral-law.com
ATTORNEY TO BE NOTICED